**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

E.J.M-D.,                                          :
                                                   :
            Petitioner,                            :
                                                   :
v.                                                 :        Case No. 4:26-cv-1032-CDL-AGH
                                                   :                28 U.S.C. § 2241
Warden, STEWART DETENTION                          :
CENTER, *et al.*,                                  :
                                                   :
            Respondents.                           :
_____

## **ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on July 22, 2026 (ECF No. 1).  Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response.  28 U.S.C. § 2243.  Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application.  Within fourteen (14) days thereafter, Petitioner should file any desired reply.  The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 23rd day of July, 2026.

                                        s/ *Amelia G. Helmick*
                                        UNITED STATES MAGISTRATE JUDGE